**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Johnnie Cotton <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 14-18738 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Secretary of Veteran's Affairs and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner, Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734