United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 14-18738-mdc
Johnnie Cotton                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1          Date Rcvd: Oct 19, 2018
                              Form ID: pdf900           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db              +Johnnie Cotton,    1173 E. Sharpnack Street,    Philadelphia, PA 19150-3108
14097351        +BSI FINANCIAL SERVICES,    314 S. Franklin St. P.O. Box 517,    Titusville, PA 16354-0517
13415973        +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
13432368         Residential Credit Solutions, Inc.,    P.O. Box 163229,    Fort Worth, Texas 76161-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2018 02:21:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2018 02:20:56     Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD  57709-6154
13415971         E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:02     City of Philadelphia,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13495235         E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:02     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13415972        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:18     Pennsylvania Dept of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
13820423         E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2018 02:20:56     Secretary of Veteran's Affairs,
                 c/o Ditech Financial LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
13424757*         Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Johnnie  Cotton akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Secretary Of Veteran's Affairs
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHNNIE COTTON            Chapter 13

           Debtor            Bankruptcy No. 14-18738-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _18Th_ day of _October_, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
JOHNNIE COTTON

1173 E. SHARPNACK STREET

PHILADELPHIA, PA 19150